**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LEONIDAS O. BARDIN					PLAINTIFF
ADC #139896
F/K/A MATTHEW D. BARDIN

V.					NO: 5:13CV00013 SWW/HDY

PAUL MATTHEW WRIGHT *et al.*					DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to voluntarily dismiss his claims against Defendant Scott Taylor (docket entry #36) is GRANTED, Plaintiff's claims against Taylor are DISMISSED WITHOUT PREJUDICE, and Taylor's name is removed as a party Defendant.

IT IS SO ORDERED THIS 18TH DAY OF JUNE, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE