*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| LEONIDAS O. BARDIN<br>ADC #139896 | PLAINTIFF |
| vs.    NO.  5:13CV00013 SWW | |
| PAUL MATTHEW WRIGHT, ET AL | DEFENDANT |

## ORDER OF DISMISSAL

Pending before the Court is plaintiff's motion to dismiss the complaint in the above-styled case with prejudice [doc #80] and plaintiff's motion for costs [doc #81]. Counsel for the defendant concurs in this motion to dismiss. The Court finds that the motions should be and are hereby *granted*.

IT IS THEREFORE ORDERED that all claims in this action hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to distribute to Spencer F. Robinson of the law firm of Ramsay, Bridgforth, Robinson and Raley, LLP, the amount of $150.00 from the reimbursement of out-of-pocket expenses fund. A copy of this order, along with the application for reimbursement, shall be placed in the fund and maintained by the Clerk of the Court.

DATED this 27th day of May 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE